

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00329-CV

**C.A.U.S.E.** (A Texas Unincorporated Nonprofit Association),
Appellant

v.

**VILLAGE GREEN HOMEOWNERS ASSOCIATION, INC.**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13299
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and judgment is RENDERED that Village Green Homeowner's Association, Inc. does not have the authority to compel residents or homeowners within the Village Green subdivision to use the services of a service provider chosen by the Association's Board of Directors. Costs of the appeal are taxed against appellee Village Green Homeowners Association, Inc.

SIGNED July 26, 2017.

_____
Rebeca C. Martinez, Justice